Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas

**ENTERED**

October 20, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NUMBER: 4:23-MJ-2018** |
| | § | |
| **SOHAIB ABUAYYASH,** | § | **FILE UNDER SEAL** |

**ORDER**

On this day came on for consideration the Government's Motion To Seal Complaint, affidavit arrest warrant, and the instant Motion and Order, and the Court is of the opinion that said Motion should be, and the same is hereby, **GRANTED.**

**IT IS THEREFORE, ORDERED** that the complaint, affidavit, arrest warrant, and the Government's Motion To Seal and the Order Sealing all be sealed together;

**IT IS FURTHER ORDERED** that complaint, affidavit, arrest warrant, and the Government's Motion To Seal and the Order Sealing will automatically be unsealed when that defendant is arrested without further order of this Court; and

**IT IS FURTHER ORDERED** that the United States District Clerk provide copies, including certified copies, of the complaint, affidavit, arrest warrant, and the Government's Motion To Seal and the Order Sealing to the United States Attorney's Office, specifically, but not limited to, Assistant United States Attorneys Richard W. Bennett and Steven Schammel, the United States Marshals Service, and the investigating law enforcement agency, Federal Bureau of Investigation, specifically, but not limited to Special Agent Keith Fogg, upon his individual or collective request and without further order of the Court.

Signed in Houston, Texas, on this ____19th____ day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE