CURRICULUM VITAE



## George "Ryan" Taylor, Special Agent

Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives
5825 N. Sam Houston Parkway West Suite 300
Houston, Texas 77086
(512) 677-8759
Email: George.R.Taylor@atf.gov
Security Clearance:  Top Secret

## PROFESSIONAL EXPERIENCE

07/2002 to 01/2015    **Special Agent (GS 5 - GS 13)**
Waco, Texas
Houston Field Division

Investigate alleged violations of Federal alcohol, arson, explosives, firearms, and tobacco laws.  Investigative functions include responding to firearms-related incidents, explosions, fire and explosives-related scenes; conduct interviews; document, obtain and process evidence; prepare and present criminal prosecutive reports to the United States Attorney for said violations; prepare and serve arrest and/or search warrants; and testify as a government witness in criminal and administrative hearings.  During the course of my duties, I served as an Evidence/Vault custodian.  As an Evidence/Vault custodian I was responsible for identifying the manufacturer, model, caliber, serial number and overall accurate description of thousands of firearms.  I was also responsible for the control and accurate inventory of thousands of firearms.

01/2015 to 04/2018    **Group Supervisor (GS-14)**
Houston, Texas
Houston Field Division

Oversee and manage a group of ATF special agents' investigations of violations of Federal explosives, firearms, and narcotics laws.  Investigative functions include responding to narcotic and gang activity, firearms trafficking and FFL (Federal Firearms Licensee) theft scenes.  I approved criminal prosecutive reports prepared for the United States Attorney for said violations; supervised the preparation and service of arrest and/or search warrants.  Further responsibilities included the management of special agents' human resource needs and evaluation of special agents' performance.

2019 to present    **ATF Interstate Nexus Specialist**

I have graduated the ATF Interstate Nexus Training program. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts and training.  I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearm laws.  During the course of my duties, I have examined thousands of firearms and rounds of ammunition for the

purposes of determining the manufacturer, model, caliber/gauge, serial number, place of manufacturer, function and design, and/or status as related to the National Firearms Act.  I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATFs liaison with the firearms industry.  I personally toured numerous firearms and ammunition manufacturing plants.  I have accumulated and maintain a personal reference library of firearms and ammunition related publications in order to remain familiar with firearms and ammunition trends.

## EDUCATION

1994 - 1999      **Sam Houston State University**
Huntsville, Texas
Bachelor of Business Administration Degree
Major: Accounting

2002 – Present      Various continuing education through ATF including but not limited to: ATF Interstate Nexus Training and Post Blast Investigation Training.

## PROFESSIONAL CERTIFICATIONS AND TRAINING RECEIVED

2023      Advanced Privately Made Firearms Nexus Training, ATF

2021      Advanced Interstate Nexus Training, ATF

2019      Firearms Interstate Nexus Training, ATF, Brunswick Georgia

2008      Post Blast Investigative Techniques I
Waco, Texas

2003      ATF Special Agent Basic Training
ATF National Academy
Brunswick, Georgia

2002      Criminal Investigator Training Program
Federal Law Enforcement Training Center
Brunswick, Georgia

## TESTIMONY AND NOTABLE  INVESTIGATIONS

Testimony:      *2023*: U.S v. NICANOR (South District of Texas; Case No. 4:20CR264)

Investigations:      Fields Federal Murder Investigation
Fort Hood Mass Shooting Investigations
Fort Hood attempted IED Attack
West Texas Explosion Investigation
Austin Bombing Investigation