USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number:      2023R06660

Magistrate Number:  4:23-mj-2018

CRIMINAL SUPERSEDING INDICTMENT

United States Courts
Southern District of Texas
FILED
*December 12, 2023*

Filed Nathan Ochsner, Clerk of Court

No.  4:23-cr-525 (S1)

Judge:  Judge Charles Eskridge

UNITED STATES of AMERICA

vs.

**ATTORNEYS:**

| | | Appt'd | Private |
|---|---|---|---|
| **Alamdar S. Hamdani, USA** | | **(713) 567-9000** | |
| Richard W. Bennett, AUSA | | (713) 567-9000 | |
| Sohaib Abuayyash | Amr A. Ahmed | X | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Cts. 1- 5 :  Possession of Firearm by a Prohibited Person, [18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8) and 2].

CHARGE:
(TOTAL)
(COUNTS:)
( 5 )

PENALTY:  Cts. 1 - 5:  Not more than 15 years imprisonment and/or a fine of not more than $250,000, not more than 3 years supervised release, and a $100 special assessment.

☑ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: