**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                              **Cr. No. H-23-525 (S1)**

**SOHAIB ABUAYYASH**

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT**
**AND ENTRY OF PLEA OF NOT GUILTY**

The defendant, Sohaib Abuayyash, in the above-referenced case, along with his undersigned attorney, hereby acknowledges the following:

(1)     The defendant has received a copy of the indictment in this case. The defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his constitutional rights, after being advised of all the above by his attorney.

(2)     The defendant understands he has the right to appear personally with his attorney before a judge for arraignment in open court on this accusation. The defendant further understands that, absent the present waiver, he will be so arraigned in open court.

The defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and

the reading of the criminal indictment, and, by this instrument, tenders his plea of "not guilty."

The defendant understands that entry by the Court of said plea for the defendant will conclude the arraignment in this case for all purposes.


Date: 12/15/23

_____
Sohaib Abuayyash
Defendant

_____
Amr Ahmed
Attorney for Defendant


## **O R D E R**

APPROVED by the Court. A plea of "Not Guilty" is entered for the defendant effective _____, 2023


_____
UNITED STATES MAGISTRATE JUDGE

2