**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CASE NO. 4:23-CR-525** |
| **v.** | § | |
| | § | |
| | § | |
| **SOHAIB ABUAYYASH** | § | |
| | § | |

## OPPOSED MOTION TO CONTINUE TRIAL

The United States files this opposed motion to continue the pre-trial and trial dates for the limited time of 30 days in accordance with 18 U.S.C. § 3161(h)(7)(A) and (7)(B).  This is the first trial setting and first motion for continuance.  In support thereof, the government would show the following:

1.      A pretrial conference is scheduled for January 22, 2024.

2.      Jury trial is scheduled for January 29, 2024.

Counsel for the Government, Assistant United States Attorney Richard Bennett, was recently informed of his selection to be a United States Magistrate Judge for the Southern District of Texas.  This fact was disclosed to defense counsel on December 21, 2023.  As a result, on January 4, 2024, defense counsel requested AUSA Bennett recuse himself from the trial of this case to avoid any potential conflict or future issues.  The Government has agreed to the Defendant's request and the undersigned AUSA requests 30 days to obtain new counsel for the Government to assist in the preparation, prosecution and trial of this case.   On January 4, 2024, counsel conferred with counsel for the Defendant, and he is opposed to this motion.

For these reasons, the government prays this Honorable Court continue the pretrial conference and trial deadline for 30 days.  The instant motion is not being filed for the purpose of causing delay but so that justice may be done.   The Government also requests the Court find that

1

the ends of justice served by taking this action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)A). Further, any time consumed by this continuance is excludable under the Speedy Trial Act.

Respectfully Submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:    */s/ Steven Schammel*
Steven Schammel
Assistant United States Attorney
Telephone (713) 567-9325

## CERTIFICATE OF CONFERENCE

On Thursday, January 4, 2024, counsel for Defendant advised counsel for the Government via telephone that he is opposed to this request for a continuance.

*/s/ Steven Schammel*
Steven Schammel
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been delivered on counsel of record via ECF upon filing and by e-mail.

*/s/ Steven Schammel*
Steven Schammel
Assistant United States Attorney

2