United States District Court
Southern District of Texas
**ENTERED**
January 20, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | CRIMINAL ACTION NO. 4:23-CR-00525 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| SOHAIB ABUAYYASH, Defendant. | § § § § | |

**MINUTE ENTRY AND ORDER**

Minute entry for MOTION HEARING held on 01/18/2024 before Judge Charles Eskridge.

The Court addressed the pending opposed motion to continue. Dkt 32.

Counsel for the Government, Richard Bennett, noted that he was recently appointed as a Magistrate Judge for the Southern District of Texas, and that he intends to withdraw, thus necessitating request for more time to allow replacement counsel to prepare for trial.

The Court, per Judge Eskridge, disclosed that he was one of three District Judges to have participated in the interviews of all candidates recommend for that Magistrate Judge position. Also noted was the fact that no motion to disqualify Richard Bennett or to request recusal by the Court was pending.

The Court adjourned to allow the parties to confer towards a potential, agreeable schedule.

Upon return, after further discussion, and with the consent of all parties, the Court GRANTED a short extension of pretrial deadlines.

Pursuant to 18 USC § 3161(h)(7)(A), the Court found that the ends of justice are best served by granting a continuance. A period of excludable delay commences on January 18, 2024. The period of excludable delay will end at commencement of trial or disposition of charges.

This matter was set for trial as follows:

Final Pretrial Conference on February 21, 2024, at 10:30 am, before Judge Charles Eskridge.

Jury Selection on February 23, 2024, at 9:30 am, before Magistrate Judge Christina Bryan.

Trial to commence on February 26, 2024, at 8:30 am, before Judge Eskridge.

Upon oral motion by Richard Bennett to withdraw as counsel for the Government, without objection, the Court GRANTED the motion.

SO ORDERED

Signed on January 18, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

2