United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | CRIMINAL ACTION NO. 4:23-CR-00525 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SOHAIB ABUAYYASH, Defendant. | § § | |

**MINUTE ENTRY AND ORDER**

Minute entry for DAY ONE OF JURY TRIAL before Judge Charles Eskridge on February 26, 2024. All parties represented by counsel.

The Rule was invoked.

The Court addressed status as to offer of any plea agreement, disclosure of evidence, and sentencing consequences as to acceptance of responsibility. Defendant confirmed his understanding and desire to proceed to trial.

Trial commenced. Jury convened.

Opening arguments were heard.

The Government commenced its case. Witness testimony heard from Kent Allee (Saddle River Range), Brandon Miller (Range USA), Gerald Chris Garza (Range USA), Omar Solario Reynosa, Ahmed Jabril, George "Ryan" Taylor (ATF), Gregory Johnson (Diplomatic Security Service), Tina Via (USCIS), Jo Ann Williams (USCIS), and Keith Fogg (FBI). See Dkt 74.

Government exhibits 1–4, 6–24, 26A, 27–41, 33A, 40A, 43–44, 46–49 were identified and used as having been

previously admitted. Government exhibits 10A and 50 were offered and admitted.

Defense exhibits 2, 13, 17–22, 26–31 were identified and used as having been previously admitted. Defense exhibits 24–25 and 32 were offered and admitted.

Outside the presence of the jury, the Court addressed counsel as to the Arabic interpreter, who had been present in trial but not used. Defense counsel confirmed that Defendant had been able to understand the proceedings to that point.

The Government RESTED its case in chief.

Defendant made oral motion under Rule 29 of the Federal Rules of Criminal Procedure for judgment of acquittal as to lack of knowledge as to immigration status as to all Counts, and as to lack of nexus to interstate commerce as to Count 5.

The motion was DENIED for reasons stated on the record.

Jurors were excused until Tuesday, February 27, 2024, at 8:30 a.m.

SO ORDERED.

Signed on February 26, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge