United States Courts
Southern District of Texas
FILED

FEB 26 2024

Nathan Ochsner, Clerk of Court.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA §
§
VS. §          CRIMINAL NO. 4:23-cr-525 (S1)
§
SOHAIB ABUAYYASH, §
§
Defendant. §

## STIPULATION- FIREARM NEXUS

The United States of America by and through Alamdar S. Hamdani, United States Attorney and the undersigned Assistant United States Attorneys, for the Southern District of Texas, and the defendant, Sohaib Abuayyash, upon advice and counsel through his attorney of record, Amr Ahmed, hereby stipulate and agree, in open court, both parties waiving their rights to cross examine and confront witnesses that the following facts are true and admitted as evidence in this trial:

1.      The firearm recovered in this case with respect to Count 1 of the superseding indictment is a Canik, model TP9 Elite SC, 9 millimeter caliber pistol, manufactured in Turkey. It is a firearm pursuant to Federal law under Title 18 United States Code § 921(a)(3), and it traveled in and affected interstate or foreign commerce prior to being recovered in this case.

2.      The firearm recovered in this case with respect to Count 2 of the superseding indictment is a Bryco Arms, model 59, 9 millimeter caliber pistol, manufactured in California. It is a firearm pursuant to Federal law under Title 18 United States Code § 921(a)(3), and it traveled in and affected interstate or foreign commerce prior to being recovered in this case.

3.      The firearm recovered in this case with respect to Count 3 of the superseding indictment is a Taurus, model 1911, 9 millimeter caliber pistol, manufactured in Brazil. It is a firearm pursuant to Federal law under Title 18 United States Code § 921(a)(3), and it traveled in and affected interstate or foreign commerce prior to being recovered in this case.



Government
Exhibit
4
4:23-cr-00525
525

4.    The firearm recovered in this case with respect to Count 4 of the superseding indictment is a Mossberg, model 715T, .22 caliber long rifle, manufactured in Brazil.  It is a firearm pursuant to Federal law under Title 18 United States Code § 921(a)(3), and it traveled in and affected interstate or foreign commerce prior to being recovered in this case.

Steven Schammel
Michael Day
Assistant United States Attorneys

Amr Ahmed
Attorney for Defendant

Sohaib Abuayyash
Defendant

Approved on this the 26th day of February, 2024 in Houston, Texas:

HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE