United States District Court
Southern District of Texas
**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | CRIMINAL ACTION NO. 4:23-CR-00525 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SOHAIB ABUAYYASH, Defendant. | § § | |

**MINUTE ENTRY AND ORDER**

Minute entry for DAY TWO OF JURY TRIAL before Judge Charles Eskridge on February 27, 2024. All parties represented by counsel.

Defendant commenced his case. Witness testimony heard from Saeda Abuayyash, Noubough "Nina" Midway, Brian Manning, and Hamzeh Abuayyash. See Dkt 52.

Outside the presence of the jury, the Court addressed Defendant's right to testify in his own defense, which he knowingly, voluntarily, and with the advice of counsel declined.

Defense exhibits 1, 3–12 and 14–15 were identified and used as having been previously admitted. Defense exhibits 2A, 3A, 8A, 9A, 10A, 13A, and 14A were offered and admitted as originals of exhibits already admitted, for consideration by the jury subject to withdrawal and return of the originals to Defendant at the end of trial.

Government exhibits 33, 36, 38, and 39 were identified and used as having been previously admitted.

Defendant rested his case.

The Government stated that it had no rebuttal evidence or witnesses.

Outside the presence of the jury, Defendant renewed oral motion under Rule 29 of the Federal Rules of Criminal Procedure for judgment of acquittal as to lack of knowledge as to immigration status as to all Counts.

The oral motion was TAKEN UNDER ADVISEMENT pursuant to Rule 29(b) for reasons stated on the record.

Outside the presence of the jury, the Court conducted the final charge conference. A proposed set of jury instructions and verdict was previously provided to the parties. See Dkt 83. The instructions and verdict form were FINALIZED in accord with reasons stated on the record.

The amended jury instruction No 17 requested by Defendant regarding knowledge was GRANTED and incorporated into the instructions as noted on the record without objection from the Government. Dkt 81.

The supplemental jury instruction requested by the Government as to deliberate ignorance was DENIED for reasons stated on the record. Dkt 84.

A copy of the finalized jury instructions and verdict form were provided to counsel for review. No further objections were made.

Closing arguments were heard. The jury received instructions of law and commenced deliberations.

The jury sent out a note, which was addressed with the parties as noted on the record.

The jury was excused at end of business day to recommence deliberations on Wednesday, February 28, 2024, at 8:30 a.m.

SO ORDERED.

Signed on February 27, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge