United States District Court
Southern District of Texas
**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | CRIMINAL ACTION NO. 4:23-CR-00525 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SOHAIB ABUAYYASH, Defendant. | § § | |

### MINUTE ENTRY AND ORDER

Minute entry for DAY THREE OF JURY TRIAL before Judge Charles Eskridge on February 28, 2024. All parties represented by counsel. Defendant present.

Jury deliberations continued.

A second, third, and fourth notes received from the jury. Notes as to questions on instructions were considered with the parties outside the presence of the jury. A supplemental charge conference was heard on the definition of "illegally or unlawfully" as used in the pertinent statute. A proposed supplemental instruction was shared with the parties beforehand. Dkt 100.

The jury was brought into the courtroom and supplemental instruction was given. The jury retired to continue deliberations and later announced they had reached a verdict.

The jury was brought into the courtroom. A verdict was returned of *not guilty* as to all Counts.

The jury was released with the thanks of the Court for their service.

Defendant was discharged upon acquittal on all Counts. Upon request by the Government, and without

objection, he was remanded to custody due to notice given of an immigration detainer.

So ORDERED.

Signed on February 28, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge